FILED: December 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2219
(3:12-cv-00198-JFA)

_____

JORDAN M. TONKIN

      Plaintiff - Appellant

v.

SHADOW MANAGEMENT, INC., d/b/a Platinum Plus

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 01/20/2015

Opening brief due: 01/20/2015

Response brief due: 02/23/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk